IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                              CASE NO.: 4:03cr33-SPM

ANTHONY BLYTHWOOD,

     Defendant.
_____/

**ORDER DIRECTING GOVERNMENT TO RESPOND**

This cause comes before the Court on Defendant Blythwood's Motion for Clarification (doc. 61) and letter dated March 17, 2006 (doc. 62 ). Upon consideration, it is

ORDERED AND ADJUDGED that the Government shall file a written response on or before April 14, 2006.

DONE AND ORDERED this 3rd day of April, 2006.

                                             *s/ Stephan P. Mickle*
                                             Stephan P. Mickle
                                             United States District Judge