IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO.: 4:03cr33-SPM

ANTHONY BYTHWOOD,

    Defendant.
_____/

## ORDER

Before the Court is the government's Rule 35 Motion advising that a reduction in the defendant's sentence may be warranted by his cooperation and substantial assistance since his sentencing. The Court finds that a reduction is proper to reward his substantial assistance in the prosecution of others. The defendant's sentence of confinement is, therefore, reduced from 262 months to 160 months. In all other respects, the original sentence imposed by the Judgment and Commitment Order of November 17, 2003 (doc. 39) shall remain unchanged.

DONE AND ORDERED this 10th day of August, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge